**FILED & ENTERED**

NOV 04 2009

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY rust          DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 9:09-bk-11566-RR |
| | ) Chapter 7 |
| MICHAEL CHARLES McADAMS, | ) |
| | ) **ORDER APPROVING MOTION FOR** |
| | ) **SALE OF PERSONAL PROPERTY OF** |
| Debtor. | ) **THE ESTATE** |
| | ) |
| | ) Hearing |
| | ) Date:   November 4, 2009 |
| | ) Time:   10:00 a.m. |
| | ) Place:  1415 State Street, 201 |
| | )            Santa Barbara, CA |

It appearing to the satisfaction of the Court that adequate notice of the Trustee's sale was given and no objection to said sale having been served and filed within the time allowed, having provided the opportunity for overbids for the La Cumbre Country Club membership, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the sale of the estate's La Cumbre Country Club membership to Matthew Yonally is confirmed at a purchase price of One Hundred Twenty-five Thousand and 00/100 Dollars ($125,000.00) and the sale is made in good faith.  A deposit of One Thousand and 00/100 Dollars ($1,000.00) has already been made and the balance of the purchase price shall be paid within thirty (30) days from the date of entry of this Order.

/ / /

/ / /

/ / /

Case 9:09-bk-11566-RR    Doc 59    Filed 11/04/09    Entered 11/04/09 17:42:58    Desc
Main Document    Page 2 of 7

The Trustee is authorized to execute all documents necessary to effect the sale described in the described in the Motion for Sale of Personal Property of the Estate filed with the Court on September 30, 2009.

###

###

###

###

###

###

###

###

###

###

###

###

###

###

###

###

###

DATED: November 4, 2009

*Robin Riblet*
United States Bankruptcy Judge

| In re: Michael Charles McAdams<br>Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 9:09-bk-11566-RR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Farmer & Ready, 1254 Marsh Street, San Luis Obispo, CA 93401

A true and correct copy of the foregoing document described <u>ORDER APPROVING MOTION FOR SALE OF PERSONAL PROPERTY OF THE ESTATE</u> be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: NONE
☐ Service information continued on attached page

II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):</u>
On <u>November 4, 2009,</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
ALL BY U.S. MAIL

Debtor: Michael Charles McAdams
3340 Foothill Road
Santa Barbara, CA 93105

Office of the U.S. Trustee
21051 Warner Center Lane #115
Woodland Hills, CA  91367

Debtors' Attorney:
Edward Kerns, Esq.
484 Mobil Avenue, Ste. 45
Camarillo, CA 93010

Honorable Robin Riblet
U.S. Bankruptcy Judge
1415 State Street
Santa Barbara, CA 93101

Matthew Yonally
590 Ellwood Ridge
Goleta, CA 93117

Promerica Bank a California Corp
Law Office of David B Bloom, APC
201 E Sandpointe, Ste 220
Santa Ana, CA 92707-5742

La Cumbre Country Club
4015 Via Laguna
Santa Barbara, CA 93110

☐ Service information continued on attached page

/ / /

/ / /

/ / /

/ / /

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 4, 2009 | Cacie Lunt | /s/ Cacie Lunt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| In re: Michael Charles McAdams<br>Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 9:09-bk-11566-RR |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER APPROVING MOTION FOR SALE OF PERSONAL PROPERTY OF THE ESTATE was entered on the date indicated as  Entered  on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**    Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 4, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Scott C Clarkson    sclarkson@lawcgm.com
David Farmer    emily@farmerandready.com, cacie@farmerandready.com;ca66@ecfcbis.com
Jacqueline A Gruber    ecfcacb@piteduncan.com
Sheryl K Ith    sith@cookseylaw.com
Edward P Kerns    EdwardKerns@aol.com
Christopher J Langley    clangley@cookseylaw.com
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐    Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: Michael Charles McAdams
3340 Foothill Road
Santa Barbara, CA 93105

La Cumbre Country Club
4015 Via Laguna
Santa Barbara, CA 93110

Matthew Yonally
590 Ellwood Ridge
Goleta, CA 93117

Promerica Bank a California Corp
Law Office of David B Bloom, APC
201 E Sandpointe, Ste 220
Santa Ana, CA 92707-5742

☐    Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered  stamp, the party lodging the judgment or order will serve a complete copy bearing an  Entered  stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or 6ntity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28